# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| John REARDON | ) Case No. |
| | ) 24-MJ-8080-PGL |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 25, 2024__ in the county of __Bristol__ in the _____ District of __Massachsuetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(e). | Using a facility of interstate commerce to threaten a person or place with harm via an explosive |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Joshua Bouchard

☑ Continued on the attached sheet.

*Joshua Bouchard /by Paul G. Levenson*
*Complainant's signature*

Joshua Bouchard, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/28/2024

*Judge's signature*

City and state: Boston, MA

Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*