UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN REARDON,<br><br>Defendant | Criminal No. 24-10101<br><br>Violations:<br><br><u>Count One</u>: Obstruction of Free Exercise of Religious Beliefs by Threat of Force<br>(18 U.S.C. §§ 247(a)(2) and (d)(3))<br><br><u>Count Two</u>: Threat to Kill, Injure, and Intimidate by Means of Fire or Explosive<br>(18 U.S.C. § 844(e))<br><br><u>Count Three</u>: Transmitting in Interstate and Foreign Commerce a Threat to Injure a Person<br>(18 U.S.C. § 875(c))<br><br><u>Forfeiture Allegation</u>:<br>(18 U.S.C. §§ 981(a)(1)(C), 844(c) and 28 U.S.C. § 2461) |

<u>INFORMATION</u>

<u>COUNT ONE</u>
Obstruction of Free Exercise of Religious Beliefs by Threat of Force
(18 U.S.C. § 247(a)(2) and (d)(3))

The Acting United States Attorney charges:

On or about January 25, 2024, in the District of Massachusetts, the defendant,

JOHN REARDON,

in and affecting interstate commerce, intentionally obstructed, by threat of force, members and employees of Synagogue 1, a house of worship located in Massachusetts, in the enjoyment of their free exercise of religious beliefs, and attempted to do so. Specifically, the defendant used a cellular telephone to call Synagogue 1 and left a voicemail threatening to "bomb" their place of worship and "kill" their children.

All in violation of Title 18, United States Code, Sections 247(a)(2) and (d)(5).

1

COUNT TWO
Threat to Kill, Injure, and Intimidate by Means of Fire or Explosive
(18 U.S.C. § 844(e))

The Acting United States Attorney further charges:

On or about January 25, 2024, in the District of Massachusetts, the defendant,

JOHN REARDON,

through the use of a telephone, an instrument of interstate and foreign commerce, willfully made a threat to kill, injure, and intimidate members and employees of Synagogue 1, a house of worship located in Massachusetts, and to unlawfully damage a building by means of fire and explosives. Specifically, the defendant used a cellular telephone to call Synagogue 1 and left a voicemail threatening to "bomb" their place of worship and "kill" their children.

All in violation of Title 18, United States Code, Section 844(e).

Special Finding

The defendant intentionally selected the members and employees of Synagogue 1 as the objects of his threat because of the actual and perceived religion of those individuals.

COUNT THREE
Transmitting in Interstate and Foreign Commerce a Threat to Injure a Person
(18 U.S.C. § 875(c))

The Acting United States Attorney further charges:

On or about January 25, 2024, in the District of Massachusetts and elsewhere, the defendant,

JOHN REARDON,

intentionally transmitted in interstate and foreign commerce communications containing a threat to injure the person of another, for the purpose of issuing a threat and knowing that his communication would be interpreted as a threat. Specifically, the defendant used a telephone to call Synagogue 2, a house of worship located in Massachusetts, and left a voicemail threatening the "killing of all Jews" and "stomping their babies dead into the ground."

All in violation of Title 18, United States Code, Section 875(c).

Special Finding

The defendant intentionally selected the members and employees of Synagogue 2 as the objects of his threat because of the actual and perceived religion of those individuals.

## FORFEITURE ALLEGATION
(18 U.S.C. §§ 981(a)(1)(C), 844(c) and 28 U.S.C. § 2461(c))

1.      Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 875(c) and 844(e), set forth in Counts Two and Three, the defendant,

JOHN REARDON

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses, and upon conviction of the offense set forth in Count Two, shall forfeit to the United States pursuant to Title 18, United States Code, Section 844(c), any explosive materials involved or used or intended to be used in any such violation.

2.      If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

                            JOSHUA S. LEVY
                            Acting United States Attorney

By:   */s/ Torey B. Cummings*
       Torey B. Cummings
       Assistant United States Attorney

Dated: April 24, 2024