

**Warrant #: 25-12-WA**  
**Incident #:** **25-62-OF**

Requesting Officer: PATROL OFFICER BIANCA NELSON  
Application Date: 03/31/2025  
Hearing for: JOHN REARDON

| # | SUSPECT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | REARDON, JOHN MICHAEL | M | W | 60 | ■ | ■ |

900 WASHINGTON ST Apt. #17  
WRENTHAM MA 02093

Mailing Address: 14 MILLISTON RD Apt. #172  
MILLIS, MA 02054

Military Active Duty: N  
BODY: NOT AVAIL.                               COMPLEXION: NOT AVAIL.  
DOB: ■                                          PLACE OF BIRTH: NOT AVAIL.  
LICENSE NUMBER: NOT AVAIL.                      ETHNICITY: NOT HISPANIC  
PCF #: 1332362

| # | OFFENSE(S) | ATTEMPTED | TYPE |
|---|---|---|---|

LOCATION TYPE: Rental Storage Facility    Zone: J,K,L,M/SOUTH UPTON  
RIGHT SPACE STORAGE  
226 MILFORD ST  
UPTON MA 01568

| 1 | **THREAT TO COMMIT CRIME** 275/2     275    2 | N | Misdemeanor |
|---|---|---|---|

OCCURRED: 02/27/2025   0820

| 2 | **THREAT TO COMMIT CRIME** 275/2     275    2 | N | Misdemeanor |
|---|---|---|---|

OCCURRED: 02/27/2025   0820

| 3 | **BOMB/HIJACK THREAT** 269/14    269    14 | N | Felony |
|---|---|---|---|

OCCURRED: 02/27/2025   0820

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | Victim 1 | ■ | ■ | ■ | | ■ |

DOB:  
ETHNICITY: ■  
RESIDENT STATUS: ■  
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1  
RELATION TO: REARDON JOHN

**EXHIBIT**  
**1**  
24-CR-10101

**Warrant #: 25-12-WA**
**Incident #: 25-62-OF**

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 2 | Victim 2 | | | | | |

```
DOB:
ETHNICITY:
RESIDENT STATUS:
VICTIM CONNECTED TO OFFENSE NUMBER(S): 2   3
RELATION TO: REARDON JOHN
```

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | Person 1 | PARTICIPANT | | | | | |
| 2 | Person 2 | PARTICIPANT | | | | | |

DOB:

DOB:

| Attachments for 25-12-WA | |
|---|---|
| **Description** | **Type** |
| PHONE LOG 2 | JPEG |
| Attachment#: 01681FC6A41249B48F131D10239A7550 | |
| UPTON 25-12-WA CRIMINAL COMPLAINT | PDF |
| Attachment#: 02034AB80D9E450C92B51551851AF1B5 | |
| LOWEY STATEMENTS | PDF |
| Attachment#: 0962DAE1F3314722B8E5951211D805E9 | |
| PHONE LOG 1 | JPEG |
| Attachment#: 55CA1530E72343AA946ABA89B291F46F | |
| REARDON VOICEMAIL | M4A |
| Attachment#: D937AE6128824755A0B60CD9BFA3EE86 | |
| UPTON 25-12-WA REPORT | PDF |
| Attachment#: E5CC3ABD1C5E402DB0FB0834AB37FCD8 | |
| SHARP AND RITZ STATEMENTS | PDF |
| Attachment#: E8352BDF55F041F38CF009949C06CBCC | |
| UPTON 25-12-WA STATEMENT OF FACTS | PDF |
| Attachment#: E9C9A21B6EC84AAF9FEE5FC71E37B686 | |

```
                NARRATIVE FOR PATROL OFFICER BIANCA A NELSON
                Ref: 25-12-WA

        Entered:  03/31/2025 @ 1712      Entry ID:    84C
        Modified: 03/31/2025 @ 1712      Modified ID: 84C
        Approved: 04/01/2025 @ 1141      Approval ID: 86B
```

## STATEMENT OF FACTS

On or about February 5th, 2025 and February 12th, 2025, John Reardon did threaten to harm [Victim 2], the area manager of RightSpace Self Storage, by telling him he was going to "fuck him up" during a phone conversation. John Reardon did threaten to blow up the RightSpace Self Storage facility while speaking to [Victim 2] on the phone. John Reardon did threaten to cut off the locks at RightSpace Storage. John Reardon is being charged with: **M.G.L Ch. 269 S. 14 BOMB/HIJACK THREAT, M.G.L. Ch 275 S. 2 THREAT TO COMMIT CRIME (2 COUNTS).**

On February 27th, 2025, I, Officer Nelson, was working my assigned uniform patrol shift from 7 A.M.-3 P.M. in marked police cruiser #304. At approximately 8:20 A.M., Dispatcher Whitemore informed me of a calling party requesting to speak with an officer regarding a No Trespass Order for a customer of RightSpace Self Storage located in Upton, MA.

I contacted the reporting party, identified as [Person 2] (DOB [redacted]), the regional manager of NSA Storage. I introduced myself and advised her our conversation was being recorded. [Person 2] stated there is a customer named John Reardon DOB [redacted]), that was sent a termination letter by the company last week due to his concerning behavior over the past few weeks. She said that John was to have all his belongings removed from the storage unit by the end of the day today at 10 P.M. I informed her she needs to go to Milford District Court to obtain a No Trespass Order to be served by a Constable. I asked her about the termination and why they wanted a No Trespass Order served to John. She stated John's behavior has been escalating over the past few weeks and that he has been swearing and yelling at [Victim 1] (DOB [redacted]), the manager, and threatening her and other employees. I asked her to explain the threats and what exactly he has been saying to them. [Person 2] said that John threatened to cut off the locks at the storage facility and block the property with his car and not let anyone in or out of the building. She told me the area manager, [Victim 2] (DOB [redacted]), called John and told him to stop threatening [Victim 1]. John responded by threatening to "fuck him up", ruin his life and blow up the property. I asked [Person 2] why John was upset and to explain what began his concerning behavior. She said that John was upset he got a rate increase and he was late on a payment and the company was going to overlock his unit, meaning he could not access his storage unit until he paid what he owed. [Person 2] began receiving texts from John demanding all voice records between him and the employees, along with digital receipts of the emails sent between them. [Person 2] told me John said he recently got out of "detention" and was placed there because he said he "hated Jews". She told me that John would not stop contacting the business and the call center had to block his phone number as a result. I requested contact information for [Victim 1] and [Victim 2] in order to speak with them directly about the threats made to them by John.

Before contacting [Victim 1], I looked up John Reardon on CJIS to obtain more information about him. While looking through his profile, I discovered he was on federal probation. I found the contact information listed under the NCIC tab for his federal probation officer, Thomas Crawford. I contacted Thomas to advise him that I was currently taking a report involving John. I filled him in on what I was told by the reporting party and that I still needed to contact other employees and obtain more information. He told me to keep him updated on what I decided to do regarding filing charges and what those would be.

I contacted [Victim 1] from the department phone. I introduced myself and advised her that our conversation was being recorded. I asked her to tell me about John Reardon and what had occurred between them the past few weeks and the threats that were made to her. She told me that John had threatened to block the driveway with his vehicle and to cut locks off doors. She said John threatened a class action lawsuit and that he would have her arrested after they "illegally" increased his rate and said they would be overlocking his unit

# Upton Police Department
Page: 2

Case 1:24-cr-10001-JEK    Document 581    Filed 04/10/25    Page 45 of 56

NARRATIVE FOR PATROL OFFICER BIANCA A NELSON
Ref: 25-12-WA

Entered: 03/31/2025 @ 1712    Entry ID: 84C
Modified: 03/31/2025 @ 1712    Modified ID: 84C
Approved: 04/01/2025 @ 1141    Approval ID: 86B

due to a missed payment. Let it be noted, the rate increase was credited due to John complaining and incessantly calling the call center and management. His unit was never overlocked, he ended up paying what was due before that was necessary. During our conversation, she also mentioned that John told her he was homeless. Victim 1 said she did not feel safe at work, as the office door was unlocked during business hours. As a result of John's concerning behavior, she began locking the door while at work since she works alone and does not know what John is capable of. I told Victim 1 I would need a witness statement from her and to stop by the station when she had a chance.

A short time later, I contacted Victim 2 on the department phone and introduced myself and advised him our conversation was being recorded. I told him the reason for my phone call and asked him to tell me about his issues with John and the threats John had made to him. He said this all started a few weeks ago during the first week of February due to the rate increase. He said John was constantly yelling and swearing at Victim 1, complaining about different things the business was doing. John had spoken with him over the phone on two separate occasions due to this. He said that during those phone calls, John threatened to "fuck him up" and blow up the property which he took as John threatening his life. While cursing and yelling at Victim 2, he also threatened to block the property with his vehicle. These phone calls occurred on or about the first week of February and on or about February 12th of 2025. As a result of these incidents and concerns over his escalating behavior, the company decided to email John a termination letter and mail him one too. I asked Victim 2 if he was able to come to the Upton Police Department to fill out a statement form and speak further about the incident in person. Victim 2 lives in ▇▇▇▇▇▇▇ and informed me he would only be available the next day, February 28th, 2025, as he would be in the area to check on John's unit to ensure he removed all his belongings.

The next day, February 28th, 2025, Victim 2 came in to the Upton Police Department to fill out a statement form. Detective Bergstrom and I sat down with him in the conference room to speak with him in person about the incident. I advised him our interaction was audio and video recorded. He reiterated what he had told me over the phone and filled out a statement form. As we were finishing up our conversation, Victim 2 received a phone call from Victim 1. He told me Victim 1 had just informed him that John had removed the lock on his unit, which I was told he can do, and placed a zip tie in its place. As a result, Victim 1 did not feel comfortable opening the unit on her own and was waiting for Victim 2 to get there to do it together. I responded to RightSpace Storage with Detective Bergstrom to ensure the safety of the employees as well as checking to make sure John did not leave anything behind in the unit that can harm them. Victim 1 cut off the zip ties and opened the door to John's storage unit. He left a filing cabinet behind, a rug and a trash bag filled with miscellaneous trash.

Later on that day around 12 P.M., Victim 1 came to the Upton Police Department with a filled out statement form.

I contacted John's federal probation officer to update him on my findings. I told him I would be moving forward with charges. He told me he was going to contact John and advise him to not contact any of the storage facility employees. He contacted him on February 27th on or about 3 P.M.

On March 6th, 2025, I contacted Victim 1 to find out if John Reardon has contacted her. She told me he has not since February 27th. I contacted Victim 2 and asked if John Reardon has contacted him and he said he has not since February 27th. I contacted Person 2 to ask if John Reardon has contacted her and she told me he has not. A short time later she contacted the Upton Police Department asking to speak with me. She told me that after getting off the phone with me, her boss, Person 1, the Director of Operations, told her that he was contacted by John Reardon.

I contacted Person 1 from the department phone, identified myself and advised him our conversation was recorded. He told me that John Reardon called him on his work cellphone today twice. The first call was at 11:30 A.M and he did not pick up. The second call came in at 11:33 A.M. and he picked up that call. John called Person 1 on his work cell phone, a number that he had provided to John previously so that John could speak

Upton Police Department                                           Page: 3
Case 1:24-cr-10001-JFK    Document 581    Filed 04/10/25    Page 56 of 56
NARRATIVE FOR PATROL OFFICER BIANCA A NELSON
Ref: 25-12-WA

Entered: 03/31/2025 @ 1712    Entry ID: 84C
Modified: 03/31/2025 @ 1712   Modified ID: 84C
Approved: 04/01/2025 @ 1141   Approval ID: 86B

directly with him instead of the other employees, referring to [Victim 1], [Victim 2] and [Person 2]. He said John introduced himself and told [Person 1] he was going to take legal action and was requesting copies of call recordings and a copy of the lease. Due to John threatening legal action, [Person 1] passed on his information to their legal department to handle the request. I requested images sent to my email of the call log on [Person 1]'s phone showing John Reardon's phone call. [Person 1] sent an email a short time later with the requested images. He corrected himself and said that John called him once on February 28th which he did not answer and a voicemail was left. The second phone call was made today and he picked up that phone call and spoke with him. He emailed me a copy of the voicemail left by John on [Person 1]'s phone on February 28th.

    I contacted John's federal probation officer, Thomas Crawford, on the department phone to apprise him of the current situation. I told him that I spoke with [Person 1] and he informed me that John had contacted him today on his work cell phone. Thomas stated that is a violation of his probation, as he did not obey directives given to him. I asked Thomas if John was still residing at 900 Washington St #17, Arbor Inn Motel in Wrentham, MA or if he is homeless. He was unaware that John was homeless or telling others that he is homeless, as he met with him in person in January at that address in Wrentham and believes he still resides there. I asked Thomas to confirm that information before I moved forward with the charges.

    On March 13th, 2025, Thomas Crawford confirmed that John is still residing at that address in Wrentham and it is the information he has on file for him.

    I will be submitting a criminal complaint application to Milford District Court for the following offenses against John Reardon:

    M.G.L Ch. 269 S. 14 BOMB/HIJACK THREAT

    M.G.L. Ch 275 S. 2 THREAT TO COMMIT CRIME

    M.G.L. Ch 275 S. 2 THREAT TO COMMIT CRIME


Respectfully Submitted,


Officer Bianca Nelson #84
Upton Police Department