UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOHN REARDON )<br>_____ ) | CRIMINAL NO.: 25-CR-10101-JEK |

## MOTION TO SEAL

John Reardon, through his attorney, hereby moves to seal the exhibits to the sentencing memorandum because they contain private medical information.

JOHN REARDON
By his Attorney,

*/s/ Jessica P. Thrall*
Jessica P. Thrall,
B.B.O. 670412
Assistant Federal Public Defender
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617- 223- 8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 12, 2025.

*/s/ Jessica Thrall*
Jessica Thrall